UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, Plaintiffs, | Index No.: 25-CV-06044 NSR |
| -against- | DEFAULT JUDGMENT AGAINST BELT PAINTING CORP. a.k.a. BELT PAINTING OF NEW YORK CORP. AND JOHN LOCONSOLO |
| BELT PAINTING CORP. a.k.a. BELT PAINTING OF NEW YORK CORP. and [redacted], and JOHN LOCONSOLO, Individually Defendant. | |

This action having been commenced on July 23, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Belt Painting Corp. a.k.a. Belt Painting of New York Corp. on April 25, 2025, via NYS Secretary of State and personally served on Defendant John Loconsolo, Individually on August 4, 2025 said Proof of Service having been filed with the Clerk of the Court on August 7, 2025, and the Defendants not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendants in the liquidated amount of ($18,610.93), which includes the following: unpaid benefit fund contributions due and owing as a result of an audit in the minimum sum of $6,478.02 for the audit period October 1, 2021, through to September 30, 2022, interest in the sum of $255.91

calculated at 2% above prime per annum from the due date for each delinquent month through September 30, 2022 on the unpaid contributions; liquidated damages in the sum of $1,295.60 calculated at 20% of the principal contribution amount owed; Joint Trade Board Decisions in the amount of $6,250.00 issued on November 21, 203 and December 12, 2023; attorneys' fees in the sum of $ 3,259.00 ; plus court costs and disbursements of this action in the sum of $1,072.40.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dated: July 21, 2026
White Plains, NY

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs at their last known addresses, or at the addresses where they were previously served, and to show proof of service on the docket.